**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Shawn ELIELY, Defendant–Appellant.**

**No. 07–7368.**

United States Court of Appeals,
Fourth Circuit.

Submitted: April 16, 2008.

Decided: May 2, 2008.

Shawn Eliely, Appellant Pro Se. Scott W. Putney, Assistant United States Attorney, Office of the United States Attorney, Newport News, Virginia, for Appellee.

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shawn Eliely appeals the district court's order denying his motion for release on recognizance or bail pending the court's consideration of Eliely's post-conviction motion filed under 28 U.S.C. § 2255 (2000).[1] Before a prisoner may be released on bail pending a collateral attack on his conviction, he must show substantial constitutional claims on which he has a high probability of success, and exceptional circumstances making a grant of bail necessary for the habeas remedy to be effective. *See Lee v. Jabe,* 989 F.2d 869, 871 (6th Cir.1993); *Calley v. Callaway,* 496 F.2d 701, 702 (5th Cir.1974). Eliely fails

---

1. We have jurisdiction over this appeal under the collateral order doctrine. *See Cohen v.* *Beneficial Indus. Loan Corp.,* 337 U.S. 541, 545–57, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949).

to meet this standard. Accordingly, we affirm the district court's order.[2]

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

**2.** We also deny Eliely's motion to expedite as moot and deny his motion for summary relief.